IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN DOUGLAS HALL, | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 13-00524-KD-N |
| STATE OF ALABAMA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge (doc. 3) made under 28 U.S.C. § 636(b)(l)(B) and dated November 13, 2013 is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **transferred** to the United States District Court for the Middle District of Alabama for all further proceedings including the petitioner's motion for leave to proceed *in forma pauperis* (doc. 2).

DONE this 9th day of December 2013.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE